ACCEPTED
05-16-01363-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:51 AM
LISA MATZ
CLERK



# THE SWEARINGEN LAW FIRM
## ROBERT A. SWEARINGEN, P.C.

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:51:35 AM
LISA MATZ
Clerk

3002 Texas Avenue South
College Station, Texas 77845-5048
Telephone ~ (979) 680-9993
Facsimile ~ (979) 680-9991
E-mail ~ first name@swearingenlaw.com

Robert A. Swearingen, Attorney
Byron A. Thompson, Attorney
Dee Swearingen, Office Manager
Cheyenne Murphy, Paralegal

January 31, 2018

COURT OF APPEALS FOR THE
FIFTH DISTRICT OF TEXAS AT DALLAS
Attn: Lisa Matz, Clerk
600 Commerce Street, Suite 200
Dallas, Texas 75202

*Via Electronic Filing*

Re: Cause No. 05-16-01363-CV; *In the Matter of Bryant Bartley Hoover*; In the Court of Appeals for the Fifth Judicial District

Dear Clerk:

Please be advised that I, Robert A. Swearingen, will be presenting argument on February 7, 2018 at 1:00 p.m. on behalf of Bryant Bartley Hoover.

Thank you for your attention to this matter. If you have any questions, please contact my office.

Very truly yours,

/s/ Robert A. Swearingen
ROBERT A. SWEARINGEN

## CERTIFICATE OF SERVICE

I certify that on January 31, 2018, I served a copy of this document on the parties listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is robert@swearingenlaw.com.

John R. Rolater
Assistant Criminal District Attorney
2100 Bloomdale Road, Suite 200
McKinney, Texas 75071
*jrolater@co.collin.tx.us*


/s/ Robert A. Swearingen
ROBERT A. SWEARINGEN